UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-5044 JFW (MRWx) | Date | February 16, 2016 |
|---|---|---|---|
| Title | Star Fabrics v. Burlington Coat Factory, et al. | | |

Present: The Honorable   Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None present | None present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE

    1.    Defendant Olivet filed a discovery motion that is not in the joint format mandated under the Local Rules. (Docket # 64.) The motion is accompanied by a statement that indicates that Plaintiff did not provide its portion of the joint motion before the defense filed it and failed to confer with the defense in accordance with this Court's Local Rule 37-1. (Docket # 64-1.)

    A party's failure to file a required document within a deadline set by local rule or to cooperate in the submission of a joint discovery motion "may be deemed consent to the granting [ ] of the motion." Local Rule 7-12. Therefore, Plaintiff and its attorneys are ORDERED TO SHOW CAUSE for the failure to comply with the joint filing process and to submit a substantive response to the discovery motion by February 22, at 3:00 p.m.

    2.    However, Defendant's motion presents a separate and major procedural problem – it's noticed for hearing after the discovery cutoff. District Judge Walter ordered the parties to complete all discovery by the discovery cut-off (February 29, 2016), and stated that any motion challenging the adequacy of a discovery response "must be heard sufficiently in advance of the discovery cut-off date." (Docket # 39 at 4.) Here, though, Defendant noticed its discovery motion for a date two weeks after the cut-off. Judge Walter's order specifically prohibits the Court from considering the motion. Further, given that Defendant waited until January 2016 to serve the written discovery at issue, the Court will be hard-pressed to entertain a request to shorten time to hear this discovery dispute. If Defendant wishes to be heard on this issue, it may file a supplemental brief by February 22 demonstrating why the motion is not untimely.

    3.    Or, the experienced practitioners involved in this case can pick up the phone and try to reach an accommodation regarding the discovery dispute without judicial intervention. The Court takes no position as to whether the parties' conduct here may cause the trial judge to exclude evidence or impose litigation-related sanctions based on the timing of discovery and the responses.