UNITED STATES DISTRICT COURT   JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 15-5044-JFW (MRWx)**                                      Date: March 24, 2016

Title:   Star Fabrics, Inc.-v- Burlington Coat Factory Direct Corp., et al.

---

**PRESENT:**

   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

   **Shannon Reilly**                                   **None Present**
   **Courtroom Deputy**                                 **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
            None                                                      None

**PROCEEDINGS (IN CHAMBERS):**     ORDER DISMISSING ACTION WITHOUT PREJUDICE
                                   FOR FAILURE TO COMPLY WITH COURT ORDER

   Pursuant to the Court's Scheduling and Case Management Order ("Order") filed on September 9, 2015, the parties were ordered to file a Pre-Trial Conference Order; Motions in Limine; Memo of Contentions of Fact and Law; Pre-Trial Exhibit Stipulation; Summary of Witness Testimony and Time Estimates; Agreed Upon Set of Jury Instructions and Verdict Forms; and Joint Statement re Disputed Instructions, Verdicts, etc. ("Pre-Trial Documents") by March 23, 2016.  In addition, the parties were ordered to file a Joint Report regarding the result of the Settlement Conference ("Joint Report") on March 18, 2016.  The parties have violated the Court's Orders by failing to file any Pre-Trial Documents and the Joint Report.

   As a result of the parties' violations of the Court's Orders, this action is **DISMISSED without prejudice**.  See Federal Rule of Civil Procedure 41(b); see also Yourish v. California Amplifier, 191 F.3d 983, 986-988 (9th Cir. 1999); Ferdik v. Bonzelet, 963 F.2d 1258, 1260 (9th Cir. 1992).  The Pre-Trial Conference scheduled for April 1, 2016 and the Trial scheduled for April 19, 2016 are hereby **VACATED**.

   IT IS SO ORDERED.

Initials of Deputy Clerk __sr__